UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br><br>PAUL MATTHEW ALBARELLA,<br><br>    Defendant. | No. CR-05-6020-FVS<br><br><br>ORDER |

**THE DEFENDANT** having entered a plea of guilty to an information superseding indictment on October 13, 2005; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion to dismiss (**Ct. Rec. 53**) is denied as moot; provided, the defendant may re-file the motion if either party is allowed to withdraw from the plea agreement that was entered on October 13, 2005.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this  18th   day of October, 2005.

                               s/ Fred Van Sickle
                               Fred Van Sickle
                         United States District Judge

ORDER - 1